1   M. Patricia Thayer (SBN 90818)
    pthayer@sidley.com
2   SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
3   San Francisco, CA  94104
    Telephone:  (415) 772-1200
4   Facsimile:   (415) 772-7400

5   Geoffrey R. Beatty (SBN 268461)
    gbeatty@sidley.com
6   SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
7   Los Angeles, California 90013
    Telephone: (213) 896-6000
8   Facsimile: (213) 896-6600

9   Attorneys for Movant
    Genentech, Inc.

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14  In re: Subpoena of GENENTECH, INC.          )   Miscellaneous Action No. 3:15-mc-80109-LB
                                                )
15  _____    )   [Action pending in the United States District
                                                )   Court for the Southern District of New York
16  Underlying matter:                          )   Case No. 04 Civ. 4046 (RJS)]
                                                )
17  ROCHE DIAGNOSTICS GMBH, ROCHE               )   **NOTICE OF MOTION TO WITHDRAW
    MOLECULAR SYSTEMS, INC.,                    )   GENENTECH, INC.'S MOTION TO
18                                              )   QUASH SUBPOENA** : ORDER
                 Plaintiffs,                    )
19                                              )
    vs.                                         )
20                                              )
    ENZO BIOCHEM, INC., and ENZO                )
21  DIAGNOSTICS, INC.,                          )
                                                )
22               Defendants.                    )
                                                )
23  _____    )

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Genentech Inc. ("Genentech") moves to withdraw its Motion to Quash Subpoena. Counsel for Genentech respectfully notifies the Court that it was able to come to an agreement with counsel for Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo") regarding both the requested deposition and document subpoena. As such the issues raised in the Motion to Quash Subpoena are now moot, and the discovery procedures specified in the Court's order of April 9, 2015 (Dkt. No. 4) are no longer required.

For the foregoing reasons, Genentech withdraws its motion and respectfully requests that this Court dismiss this miscellaneous action *without prejudice*.


Dated: April 22, 2015

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ M. Patricia Thayer
    M. Patricia Thayer
    Geoffrey R. Beatty

    Attorneys for Movant
    Genentech, Inc.


The Court grants Genetech's request to dismiss this miscellaneous action without prejudice.  See Fed.R.Civ.P. 41(a)(2).  The Clerk of the Court shall close the file.
Dated: April 24, 2015

APPROVED

Judge Laurel Beeler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA